UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBRAHIM MUSSA MOHAMED,<br><br>          Plaintiff,<br><br>v.<br><br>CYNTHIA TAMPKINS,<br><br>          Defendant. | Case No.: 15CV704 BEN (WVG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION TO STAY**<br><br>[Docket Nos. 9, 21] |

  Petitioner Ebrahim Mussa Mohamed filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on March 30, 2015. (Docket No. 1.)  On June 3, 2015, Petitioner filed the Motion to Stay presently before the Court. (Docket No. 9.)  A briefing schedule was issued and an Opposition to the Motion to Stay was filed. (Docket Nos. 6-7.)

  On February 3, 2016, Magistrate Judge William V. Gallo issued a thoughtful and thorough Report and Recommendation recommending this Court deny Petitioner's Motion to Stay. (Docket No. 21.)  Any objections to the Report and Recommendation were due February 23, 2016. (*Id.*)  Petitioner has not filed any objections.  For the reasons that follow, the Report and Recommendation is **ADOPTED**.

///

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

The Court has considered and agrees with the Report and Recommendation. The Court **ADOPTS** the Report and Recommendation. Petitioner's Motion to Stay is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 4, 2016

Hon. Roger T. Benitez
United States District Judge